IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PATENT ARMORY INC., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:23-CV-00435-JRG |
| § | |
| TCL TECHNOLOGY GROUP CORP., § | |
| § | |
| *Defendant*. § | |

## ORDER

Before the Court is the FRCP 41(a)(1)(A)(i) Dismissal with Prejudice (the "Notice") filed by Patent Armory Inc. ("Plaintiff"). (Dkt. No. 6.) In the Notice, Plaintiff dismisses the above-captioned action against Defendant TCL Technology Group Corporation ("Defendant") with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (*Id*. at 1.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff against Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

## So Ordered this

**Jun 20, 2024**

                                                                                                      _____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE